

John F. Stoviak
Phone: (610) 251-5056
Fax: (215) 972-7725
John.Stoviak@saul.com
www.saul.com

June 25, 2026

**_Via ECF_**
The Honorable Georgette Castner, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 E. State Street
Newark, NJ  08608

   **RE:** **_Jennings et al v. Waste Management of New Jersey, Inc._**
     **Case No. 3:26-cv-03132**

Dear Judge Castner:

  I am lead counsel for Defendant Waste Management of New Jersey, Inc. in the above-referenced matter.  I received your Text Order scheduling a "Telephonic Pre-Motion Conference for July 8, 2026 at 11:30 AM."  Unfortunately, I am out of the office on the morning and early afternoon of July 8 and will not have access to a telephone at the time scheduled for this conference.  I am asking if it is acceptable to your Honor to move the Telephonic Pre-Motion Conference to either 4 PM on July 8 or to a time on July 9 or July 10.  I consulted with Plaintiffs' counsel earlier today and they do not object to my request.

       Respectfully submitted,

       John F. Stoviak

JFS/ajf

1200 Liberty Ridge Drive, Suite 200 ◆ Wayne, PA 19087-5569 ◆ Phone: (610) 251-5050 ◆ Fax: (610) 651-5930

CALIFORNIA  DELAWARE  FLORIDA  GEORGIA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP
58144026.1